|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   |     |     |
| 8   | **IN THE UNITED STATES DISTRICT COURT** | |
| 9   | **FOR THE EASTERN DISTRICT OF CALIFORNIA** | |
| 10  |     |     |
| 11  | MICHELLE TANYA MARONEY, | No. 2:17-CV-0845-CMK |
| 12  | Plaintiff, |     |
| 13  | vs. | ORDER |
| 14  | COMMISSIONER OF SOCIAL SECURITY, |     |
| 15  |     |     |
| 16  | Defendant. |     |
| 17  | _____/ |     |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Pending before the court is plaintiff's motion (Doc. 14) to substitute parties pursuant to Federal Rule of Civil Procedure 25(a). Good cause appearing therefor, Tashayha M. Gilmer, who is the named plaintiff's adult daughter, is substituted in place of named plaintiff Michelle Tanya

/ / /

/ / /

/ / /

/ / /

1

Maroney, who is deceased. The Clerk of the Court is directed to update the docket to reflect the substitution.

IT IS SO ORDERED.

DATED: December 21, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE