RICHARD A. WHITAKER
State Bar #58618
2050 Peabody Road, Suite 300
Vacaville, CA 95687
Telephone: (707) 427-2237
Facsimile: (707) 429-9829
Email: teamraw2000@yahoo.com

Attorney for MICHELLE TANYA MARONEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TASHAYHA M. GILMER,** | **Civil Number 2:17-CV-0845-CMK** |
| **Plaintiff,** | **JOINT STIPULATION AND** |
| **vs.** | **ORDER FOR** |
| | **EXTENSION OF TIME** |
| **COMMISSIONER OF SOCIAL SECURITY** | |
| **Defendant.** | |

**Plaintiff, Michelle Tanya Maroney, deceased, acting through her substituted plaintiff, Tashayha M. Gilmer, daughter of plaintiff Michelle Tanya Maroney, respectfully request that the Court extend the time for Plaintiff to file the motion for summary judgment originally due on or about December 22, 2017, by 90 days from the date of this stipulation, through and including June 8, 2018. This is the plaintiff's first request for an extension of time. The extension of time is necessary for plaintiff's counsel to prepare the motion for summary of judgment. This extension is made with no intention to unduly**

1

delay this proceeding. Plaintiff conferred with defendant's counsel who had no objection to this request. A declaration by Plaintiff's counsel is being submitted herewith.

            **Respectfully Submitted,**

**Dated: March 13, 2018**

            **Richard A. Whitaker, Plaintiff's Attorney**

**Dated: March 13, 2018**     **Philip A. Talbert**
                 **United States Attorney**

            **By  /S/  Sharon Lahey**
            **Sharon Lahey**
            **Special Assistant U.S. Attorney**

            **ORDER**

**IT IS SO ORDERED.**

**Dated:  March 19, 2018**

            _____
            CRAIG M. KELLISON
            UNITED STATES MAGISTRATE JUDGE