IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHAYHA M. GILMER,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____/ | No. 2:17-CV-0845-CMK<br><br><br>ORDER |

       Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. As of January 17, 20178, plaintiff had not informed the court regarding consent to Magistrate Judge jurisdiction or filed a dispositive motion and the court ordered plaintiff to show cause why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders (see Docs. 16 and 19). A review of the docket reflects that plaintiff as now

/ / /

/ / /

/ / /

1

filed a consent election form (see Doc. 21) as well as a dispositive motion (see Doc. 25). The orders to show cause are, therefore, discharged.

      IT IS SO ORDERED.

DATED: May 10, 2018

                                                              **CRAIG M. KELLISON**
                                                              UNITED STATES MAGISTRATE JUDGE