RICHARD A. WHITAKER
State Bar #58618
2050 Peabody Road, Suite 300
Vacaville, CA 95687
Telephone:     (707) 427-2237
Facsimile:     (707) 429-9829
Email:         teamraw2000@yahoo.com

Attorney for MICHELLE TANYA MARONEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE TANYA MARONEY ) | Civil Number 2:17-CV-0845-CMK |
| ) | |
| Plaintiff, ) | JOINT STIPULATION AND |
| vs. ) | ORDER FOR EXTENSION |
| ) | OF TIME |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY ) | |
| ) | |
| Defendant. ) | |

Plaintiff, Michelle Tanya Maroney, deceased, acting through her substituted plaintiff, Tashayha M. Gilmer, daughter of plaintiff Michelle Tanya Maroney, respectfully request that the Court extend the time for Plaintiff to file the reply to the brief originally due on or about June 20, 2018, by 10 days from the date of this stipulation, through and including June 30, 2018. The extension of time is necessary for plaintiff's counsel to prepare the motion for summary of judgment. This extension is made with no intention to

unduly delay this proceeding. Plaintiff conferred with defendant's counsel who had no objection to this request. A declaration by Plaintiff's counsel is being submitted herewith.

Respectfully Submitted,

Dated: June 12, 2018

Richard A. Whitaker, Plaintiff's Attorney

Dated: June 12, 2018

McGregor Scott
United States Attorney

By /S/ Sharon Lahey
Sharon Lahey
Special Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

Dated: 06/2/2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE